# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0658, <u>Travis Corcoran & a. v. Town of Weare</u>, the court on January 25, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiffs, Travis and Jennifer Corcoran, appeal an order of the Superior Court (<u>Messer</u>, J.), issued following a hearing and a view of the property, upholding a decision by the Town of Weare's Zoning Board of Adjustment to grant variances to Gil and Shelley Duquette for a garage that violates the Town's setback requirements. The plaintiffs advance a variety of challenges to the trial court's order. As the appealing parties, the plaintiffs have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's detailed and well-reasoned order, the plaintiffs' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error and affirm the court's decision. <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**